IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HELENA CHEMICAL COMPANY                                              PLAINTIFF

v.                          Case No. 1:16-cv-00112 KGB

DAVID MCCLAIN                                                         DEFENDANT

## DEFAULT JUDGMENT

Pursuant to the order entered in this matter on this date, it is considered, ordered, and adjudged that default judgment is awarded in favor of Helena Chemical Company ("HCC") and against David McClain. The Court enters judgment in favor of HCC in the amount of $426,618.61, plus pre-judgment finance charges at the agreed monthly rate of 1.4% per month ($5,215.68 per month) from and after September 25, 2016. The Court also awards HCC its attorneys' fees in the amount of $895.00 and its costs in the amount of $400.00. In addition, the Court awards post-judgment interest at the rate of 1.22% per annum until this judgment is paid.

So ordered this 28th day of August, 2017.

_____
Kristine G. Baker
United States District Judge